| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) GEORGE, LLOYD D. | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report MAY 11, 2004 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  X  Annual ___ Final | 6. Reporting Period January 1, 2003 – December 31, 2003 |
| 7. Chambers or Office Address 333 Las Vegas Blvd So., Rm. 6073 Las Vegas, NV 89101 | 8. On the basis of the information contained in this Report and any odifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Member | National Advisory Council, Brigham Young University |
| Member | Board of Directors of the Boy Scouts of America Boulder Dam Council, Las Vegas, NV |
| Chairman | Thomas and Mack Legal Clinic Advisory Board |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GEORGE, LLOYD D. | May 11, 2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GEORGE, LLOYD D. | May 11, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Codes3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Municipal Invest. Trust Fnd | A | div. | J | T | | | | | |
| 2 Clev. Elec. Bond | A | div. | J | T | | | | | |
| 3 Commercial bldg., LV, NV (1963, $40,000) | E | rent | M | R | | | | | |
| 4 Nevada Federal Credit Union Las Vegas, NV | E | int. | N | T | | | | | |
| 5 Land, Bakersfield, CA (1984, $2,500) | none | none | K | W | | | | | |
| 6 Rental Property, LV, NV (1991, inherited) | A | rent | K | W | | | | | |
| 7 Ensign Federal Credit Union Las Vegas, NV | C | int. | N | T | | | | | |
| 8 Ensign Federal Credit Union Las Vegas, NV (IRA) | A | int. | K | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | GEORGE, LLOYD D. | May 11, 2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII, Lines 7 & 8:  Nevada Federal Credit Union IRA account was closed and an IRA account was opened at Ensign Federal Credit Union.

A regular account was opened at Ensign Federal Credit Union with funds transferred from Nevada Federal Credit Union.

NOTE:  Attached is a letter from GSA mentioning an honorarium payment for which I never filled out the required Payment Enrollment form. Not having requested payment, none was received.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____        Date _12 MAY 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



April 1, 2003

The Honorable Lloyd D. George
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard S., Room 6073
Las Vegas, NV 89101

Dear Judge George:

It was a pleasure having you join us for the GSA Design Awards events. In order to process the paperwork for your reimbursement from the March 27 Design Awards, I need to receive your expenses (including airline receipts if you did not use Adventure Travel).

When you are ready, please e-mail or fax me a list of your expenses so that we can reimburse you for your visit. Or, you can just fill in the blanks below and e-mail them back to me at andrea.johnson-stewart@gsa.gov. A GSA travel voucher will be prepared for you. We will fax the voucher to you for your signature, once signed, you fax it back to us. This payment will be made by paper check from our payroll office in Kansas City, MO.

In addition to the meal, hotel, and taxi reimbursement, you will receive a $300.00 honorarium payment. This payment is made by Electronic Funds Deposit directly into your checking account. I just need you to fill out the ACH Vendor/Miscellaneous Payment Enrollment form (enclosed) and fax it back to me at 202-501-3393. (If you have already filled out this form, you do not need to fill out another one. We will have your information in our records).

*************************************************************************************************

Wednesday, March 26, 2003

Taxi from residence to airport    $_____ (or, if you used a personal
vehicle, # of miles _____)
Taxi from airport to hotel        $_____
Hotel          $150.00
Hotel Tax      $21.75
Meals          $37.50

U.S. General Services Administration
1800 F Street, NW
Washington, DC 20405-0002
www.gsa.gov